UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:06CV-P190-R

**JOSEPH M. YORK**                                                        **PETITIONER**

v.

**JACKIE STRODE**                                                    **RESPONDENT**

## MEMORANDUM & ORDER

Petitioner filed this action on or about December 5, 2006, seeking a writ of habeas corpus. A review of the petition, however, reveals that Petitioner is not challenging his state court judgment or the terms or validity of his state prison term. Rather, it appears that Petitioner is challenging the constitutionality of the *conditions* of his confinement and seeks transfer to another facility where he will not be mistreated by prison officials. Thus, it appears as if Petitioner is attempting to assert the violation of a right secured by the federal Constitution by state actors. Such a claim is properly brought under 42 U.S.C. § 1983, not as a habeas action.

Accordingly, because "it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court," *see* Rule 4 of the Rules Governing § 2254 Cases in the District Court, this action is hereby **DISMISSED and all pending motions are DENIED as moot.** The Court notes that dismissal of the petition as opposed to recharacterization from a habeas petition to a civil rights claim is proper in this circumstance. *See Martin v. Overton*, 391 F.3d 710, 714 (6th Cir. 2004) ("This raises the second issue, also rare in this court: should a pro se motion be recharacterized by the court from an apparent habeas petition to a civil rights claim? Here, we answer no."). However, dismissal is "without prejudice to allow [the petitioner] to raise his potential civil rights claims properly as a § 1983 action." *Id.* Accordingly, **IT IS FURTHER ORDERED that the Clerk of the Court shall**

**mail Petitioner the forms necessary to file a 42 U.S.C. § 1983 action in this Court.** Should Petitioner desire to pursue this action as a civil rights action, he should complete the forms and return them to the Court.

Date:

cc:     Petitioner, *pro se*
        Respondent
        Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals, 1024 Capital Center Drive, Frankfort, KY 40601

4413.008